**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BEN DOGRA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 4:19-cv-00859-CDP |
| | ) |
| CAA SPORTS LLC, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM TO THE COURT**

COMES NOW Petitioner Ben Dogra ("Dogra"), by and through undersigned counsel, and submits this memorandum and the document attached as Exhibit 1.

1. On June 4, 2019, the Court entered an Order and Memorandum (Doc. 17) and a Judgment (Doc. 18) granting Dogra's Petition to Compel Arbitration.

2. On June 4, 2019, Dogra provided these documents to the American Arbitration Association.  Ex. 1.

3. On June 6, 2019, Arbitrator M. David Vaughn acknowledged receipt of the Order and Judgment and confirmed his willingness to serve as arbitrator in this dispute.  *Id.*

4. Arbitrator Vaughn requested that the parties advise the Court of his willingness to serve and his assumption of jurisdiction.  *Id.*  The purpose of this Memorandum is to convey that message from Arbitrator Vaughn to the Court.

Dated: June 6, 2019          Respectfully submitted,

**DOWD BENNETT LLP**

By: /s/ *John D. Comerford* .
James F. Bennett, MO #46826
John D. Comerford, MO #60164
James B. Martin, MO #70219MO
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com
jcomerford@dowdbennett.com
jbmartin@dowdbennett.com

*Attorneys for Petitioner Ben Dogra*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2019, the foregoing document was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

    /s/ *John D. Comerford*