# Exhibit 1

| | |
|---|---|
| **From:** | AAA Chante Little |
| **To:** | Lattinville, Robert |
| **Cc:** | "Brenner, Guy"; John Comerford; Jimmy Martin |
| **Subject:** | RE: Dogra v. CAA |
| **Date:** | Thursday, June 06, 2019 9:14:48 AM |
| **Attachments:** | imagef60951.PNG |

Good Morning,

Per Arbitrator Vaughn:

   I am in receipt of Mr. Lattinville's forwarded email and accompanying Federal District Court Judgment and accompanying Order and Memorandum. The Court's Order compelling arbitration and returning the dispute to me is contingent on my willingness to accept the Court's return of the case to me.

   This will confirm my willingness to serve as arbitrator in the dispute.

   The Court's Order appears clear on its face and contingent only on my willingness to serve.  However, prior to taking action pursuant to the Court's Order, other than to confirm assumption/ resumption of jurisdiction, I request any response from CAA to the Order and to this email. Please reply promptly so that follow up action can be promptly commenced.

   This will also request that either Party advise the Court of my willingness to serve and my assumption of jurisdiction.

Thank you,
Chante



**AAA Chante Little**
**Manager of ADR Services**

American Arbitration Association

T: 800 804 8865  F: 855 267 4082  E: ChanteLittle@adr.org
13727 Noel Road, Suite 700, Dallas, TX 75240
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Lattinville, Robert <blattinville@spencerfane.com>
**Sent:** Tuesday, June 4, 2019 3:41 PM
**To:** AAA Chante Little <ChanteLittle@adr.org>
**Cc:** 'Brenner, Guy' <gbrenner@proskauer.com>; John Comerford <jcomerford@dowdbennett.com>; Jimmy Martin <jbmartin@dowdbennett.com>
**Subject:** Dogra v. CAA

   **\*\*\* External E-Mail – Use Caution \*\*\***

Dear Ms. Little,

I have attached a Memorandum and Judgment entered by the U.S. District Court for the Eastern District of Missouri compelling CAA to continue to arbitrate the above-captioned dispute.   Please forward the attached to Arbitrator Vaughn along with my respectful request to convene a conference call to discuss next steps.

Thank you.

Bob

   **Robert Lattinville**  Attorney at Law

Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O** 314.333.3925 **C** 314.504.7947
blattinville@spencerfane.com | spencerfane.com